In the Matter of the Estate of AMELIA H. ABRAMS, Deceased. CHARLES DEICKLER et al., Individually and as Executors of AMELIA H. ABRAMS, Deceased, Respondents; OSCAR ABRAMS, Appellant.

Argued October 5, 1954; decided October 21, 1954.

*Thomas F. Croake* and *Robert P. Smith* for appellant.

*Alphonse V. Brisson* and *Robert Pierre Brisson* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.